| | |
|---|---|
| *In re NFL Sunday Ticket Antitrust Litigation* | MDL No. 2668 |

### Response of NFL Defendants to Motion of Plaintiff Ninth Inning Inc. dba The Mucky Duck for Centralization in the Central District of California

Pursuant to Rule 6.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants National Football League, Inc. and NFL Enterprises LLC respectfully respond to the motion of plaintiff Ninth Inning Inc. dba The Mucky Duck for transfer and centralization of several related antitrust actions.

The NFL Defendants agree that centralization for pretrial proceedings pursuant to 28 U.S.C. § 1407 is appropriate. Each of the plaintiffs in the involved actions asserts that an exclusive distribution agreement between the NFL and DirecTV violates federal antitrust law. Transfer and consolidation of these related actions will promote fairness, eliminate duplicative discovery, prevent inconsistent judicial rulings, and conserve judicial and party resources.

For substantially the same reasons set forth in The Mucky Duck's motion, the NFL Defendants further agree that centralization should occur in the Central District of California before the Honorable Beverly Reid O'Connell. Among other reasons, consolidation in the Central District is appropriate because all but one of the currently pending actions were filed in that district, and Judge O'Connell has already started the process of overseeing the consolidation of some complaints and managing the overall litigation. In addition, two of the defendants are located there, as are a number of the plaintiffs—including one of the three named plaintiffs in the only pending case filed outside of California. Thus, many of the relevant witnesses and documents will be located in the Central District.

Accordingly, the NFL Defendants support The Mucky Duck's motion for transfer of the involved actions for coordinated or consolidated pretrial proceeding in the Central District of California.

September 17, 2015                             Respectfully Submitted,

                                               COVINGTON & BURLING LLP

                                               By:    /s/ Derek Ludwin
                                                      Derek Ludwin
                                                      One CityCenter
                                                      850 Tenth Street NW
                                                      Washington, DC 20001
                                                      Telephone: (202) 662-6000
                                                      Facsimile: (202) 662-6291
                                                      dludwin@cov.com

                                               *Counsel for Defendants National Football League, Inc. and NFL Enterprises, LLC*